UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                       )<br>)<br>SALVADOR ROCHA                  ) | CAUSE NO. 3:06-CR-96(01) RM |

OPINION AND ORDER

Salvador Rocha is charged with unlawful possession of a firearm in violation of 18 U.S.C. 922(g)(3). Mr. Rocha moves to suppress all statements he made to government agents. A hearing on a motion to suppress is necessary only when the defendant demonstrates that there is a "significant, disputed factual issue." United States v. Harris, 914 F.2d 927, 933 (7th Cir. 1990) (quoting United States v. Sophie, 900 F.2d 1064, 1071 (7th Cir. 1990)). If the facts alleged by the defendant would not entitle him to relief then no hearing is needed to decide the motion. *See* id. Mr. Rocha has alleged no facts entitling him relief, so no hearing can be justified. His motion [Doc. No. 16] is DENIED.

SO ORDERED.

Entered:  September 6, 2006

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Robert L. Miller, Jr., Chief Judge
　　　　　　　　　　　　　　United States District Court

cc: counsel of record